U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED

SEP 18 2006

CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:03-cr-00105-ECR-(RAM) |
| ) | |
| RAYMOND LUNA, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 4, 2004, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) based upon the plea of guilty by defendant RAYMOND LUNA to certain criminal offenses, forfeiting specified property alleged in the indictment and acknowledged by the defendant to be subject to forfeiture.

AND WHEREAS, the Bureau of Alcohol, Tobacco, Firearms, and Explosives published, on July 20, 2006, July 27, 2006, and August 3, 2006, in the Wall Street Journal, notice of the forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law, further notifying all known third parties by personal service or by certified mail, return receipt requested, of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no petition or other claim was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired;

AND WHEREAS, no petitions or claims are pending with regard to the assets named herein and the time for presenting such petitions has expired;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America and shall be disposed of according to law:

>    the IMI Desert Eagle 9 mm pistol, serial number 135527, with corresponding magazine and ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 15th day of September, 2006.

Edward C. Reed.
UNITED STATES DISTRICT JUDGE