AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br><br>RAYMOND LUNA, | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER: 03:03-CR-105-ECR-RAM<br><br>USM No.: 37789-048<br><br>Vito de la Cruz<br>DEFENDANT'S ATTORNEY |

RECEIVED
SERVED ON
ENTERED COUNSEL/PARTIES OF RECORD

JAN 16 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

**THE DEFENDANT:**

( X )   admitted guilt to violation of condition _____1_____ of the term of supervision.

(   )   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not Illegally Possess a Controlled Substance | Jan, 2009 |

The defendant is sentenced as provided in pages 2 through __**2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( X )   The defendant has not violated conditions 2, 3 in the original petition, and the allegation in the amended petition, and is discharged as to such violations conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in economic circumstances.

January 15, 2009
Date of Imposition of Judgment

*Edward C. Reed.*
Signature of Judge

EDWARD C. REED, JR., SENIOR USDJ
Name and Title of Judge

*January 16, 2009.*
Date

**\*\*Each separate page is signed & dated by the Presiding Judicial Officer**

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
    Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT:  LUNA, RAYMOND | Judgment - Page  2 |
| CASE NUMBER: 03:03-CR-105-ECR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  SIXTEEN (16) MONTHS                                                      .

( X )   The Court makes the following recommendations to the Bureau of Prisons: THAT defendant be incarcerated at FCI Sheridan, Oregon; THAT defendant receive drug and alcohol treatment and counseling while incarcerated; THAT defendant receive credit for all time served in federal custody in connection with the revocation proceedings.  In the event this recommendation cannot be complied with, the Court requests that the Bureau of Prisons provide a written explanation to the Court.

( X )   The defendant is remanded to the custody of the United States Marshal.

(  )   The defendant shall surrender to the United States Marshal for this district:
    (  )   at _____ a.m./p.m. on _____
    (  )   as notified by the United States Marshal.

(  )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    (  )   before 2 p.m. on _____
    (  )   as notified by the United States Marshal.
    (  )   as notified by the Probation of Pretrial Services Office.

Dated this  16  day of January, 2009

Edward C. Reed,
EDWARD C. REED, JR., SENIOR USDJ

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
    Deputy U.S. Marshal